| | |
|---|---|
| 1 | KEVIN RYAN (CSBN 118321) |
|   | United States Attorney |
| 2 | |
|   | EUMI L. CHOI (WVSBN 0722) |
| 3 | Chief, Criminal Division |

FILED

JUN X 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4  DENEE A. DILUIGI (COSBN 35082)
   Special Assistant United States Attorney

5  SCOTT HOEDT
6  Law Clerk

7
   450 Golden Gate Avenue, 11th Floor
8  San Francisco, California 94102
   Telephone: (415) 436-6760
9  Fax: (415) 436-7234
   Email: Scott.Hoedt@usdoj.gov
10

11 Attorneys for Plaintiff

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16

17 UNITED STATES OF AMERICA,        )   CR No.: 05-00301-MAG
                                    )
18                                  )
           Plaintiff,               )   STIPULATION AND [PROPOSED]
19                                  )   ORDER EXCLUDING TIME
       v.                           )
20                                  )
   ARIANNA ARIAS,                   )
21                                  )
                                    )
22         Defendant.               )
                                    )
23

24    On May 26, 2005, the parties in this case appeared before the Court for an initial appearance
and identification of counsel. At that time, the parties stipulated that time should be excluded
25
from the Speedy Trial Act calculations from May 26, 2005 to June 9, 2005 for continuity of
26
counsel and for effective preparation of defense counsel. The parties represented that granting
27
the continuance was the reasonable time necessary for continuity of defense counsel and effective
28
preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C.

Stipulation and [Proposed] Order

1 § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a
2 continuance outweighed the best interests of the public and the defendant in a speedy trial. See
3 18 U.S.C. § 3161(h)(8)(A).
4 SO STIPULATED:

KEVIN V. RYAN
United States Attorney

7 DATED: June 7, 05

DENEE A. DILUIGI
Special Assistant United States Attorney

9 DATED: June 7, 05

ELIZABETH FALK
Attorney for Ms. Arias

12   As the Court found on May 26, 2005, and for the reasons stated above, the Court finds that an
13 exclusion of time between May 26, 2005 and June 9, 2005 is warranted and that the ends of
14 justice served by the continuance outweigh the best interests of the public and the defendant in a
15 speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance
16 would deny Ms. Arias continuity of counsel and would deny defense counsel the reasonable time
17 necessary for effective preparation, taking into account the exercise of due diligence, and would
18 result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

20 SO ORDERED.
21 DATED:

ELIZABETH D. LAPORTE
United States Magistrate Judge

Stipulation and [Proposed] Order