KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DENEE A. DILUIGI (COSBN 35082)
Special Assistant United States Attorney

SCOTT HOEDT
Law Clerk

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6760
    Fax: (415) 436-7234
    Email: Scott.Hoedt@usdoj.gov

Attorneys for Plaintiff

FILED
JUN 17 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIANNA ARIAS,<br><br>    Defendant. | CR No.: 05-00301-MAG<br><br>STIPULATION AND [PROPOSED]<br><u>ORDER EXCLUDING TIME</u> |

On June 9, 2005, the parties in this case appeared before the Court for a status hearing. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from June 9, 2005 to June 27, 2005 for continuity of counsel and for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).

Stipulation and [Proposed] Order
[CR 05-00301 MAG]

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                              KEVIN V. RYAN
                                              United States Attorney

DATED: 6/9/05                  /S/ Denee DiLuigi
                                              DENEE A. DILUIGI
                                              Special Assistant United States Attorney

DATED: 6/13/05               /S/ Elizabeth Falk
                                              ELIZABETH FALK
                                              Attorney for Ms. Arias

As the Court found on June 9, 2005, and for the reasons stated above, the Court finds that an exclusion of time between June 9, 2005 and June 27, 2005 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny Ms. Arias continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 6-17-05

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge

Stipulation and [Proposed] Order
[CR 05-00301 MAG]