**FILED**
JUN 27 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant ARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-301 MAG |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER WAIVING APPEARANCE OF DEFENDANT; CONSENT BY DEFENDANT TO PROCEED BEFORE A U.S. MAGISTRATE COURT JUDGE |
| ARIANNA ARIAS, | ) |
| Defendant. | ) |

## STIPULATION

The parties agree to waive the defendant's appearance on June 27, 2005 at 9:30 a.m. before United States Magistrate Court Judge Maria-Elena James. The purpose of the waiver is to ensure that Ms. Arias does not miss the first day of a new job. The parties jointly agree that they will set a trial date in this matter before the Honorable Maria-Elena James on June 27, 2005, and Ms. Arias below verifies that she will appear at the next time and date set by Judge James. Counsel for Ms. Arias, Ms. Falk, hereby stipulates that she will contact Ms. Arias to inform her of the next appearance.

Below, Ms. Arias also verifies that she has been advised by her attorney that she has a right to have her case heard before a United States District Court Judge, as she is charged with a Class A Misdemeanor. By signing below, Ms. Arias hereby attests that she understands this fact, and instead elects to proceed to trial before the United States Magistrate Court, the Honorable Maria-Elena

1  James presiding.

2  It is so stipulated and verified.

3  DATED: _____/s/_____
4  ELIZABETH M. FALK
   Assistant Federal Public Defender

5
6  DATED: _____/s/_____
   ARIANNA ARIAS
   Defendant

7
8  DATED: _____/s/_____
   DENEE DILUIGI
9  Special Assistant United States Attorney

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by

11 a "conformed" signature (/s/) within this e-filed document.

12                         [PROPOSED] ORDER

13  Good cause shown, it is hereby ORDERED that the appearance of ARIANNA ARIAS at

14 the June 27, 2005 appearance scheduled at 9:30 before this Honorable Court is hereby waived.

15 Ms. Arias is directed to appear at the next time and place scheduled by counsel and the Court

16 at the June 27th appearance. Counsel for Ms. Arias is hereby directed to inform Ms. Arias of

17 the next appearance. Consent to proceed to trial before the United States Magistrate Court is

18 hereby accepted.

19
20 DATED: 6/27/05          _____/s/_____ NANDOR VADAS
                           THE HONORABLE ~~MARIA-ELENA JAMES~~
21                         UNITED STATES MAGISTRATE JUDGE

STIP & ORDER WAIVING APPEARANCE
CR 05-301 MAG                    - 2 -