**FILED**

JAN 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )   Docket Number: CR 05-0301-MAG
)
Arianna Arias )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ~~no original date set~~ 12-1-05 be continued until _____ March 30, 2006 _____ at _____ 10:00 a.m. _____.

Date: _____ 1-24-06 _____

_____
Maria-Elena James
United States Magistrate Judge

NDC-PSR-009 12/06/04